PAWLING, Trustee, Respondent, vs. BURLINGTON BLANKET COMPANY, Appellant.

For the appellant: *Lecher, Michael, Whyte & Spohn,* attorneys, and *Waller & Ruzicka* of counsel, all of Milwaukee. For the respondent: *Field & Doll* of Milwaukee.

*By the Court.*—Order affirmed.

ESTATE OF SHINOE: SHINOE, Claimant, Respondent, vs. ESTATE OF SHINOE and another, Appellants.

For the appellants: *Kopp & Brunckhorst* of Platteville. For the respondent: *Carthew & Meyer* of Lancaster.

*By the Court.*—Judgment affirmed.

WAUKESHA LIME & STONE COMPANY and another, Appellants, vs. INDUSTRIAL COMMSSION and another, Respondents.

For the appellants: *L. A. Tarrell,* attorney, and *A. C. Neilson* of counsel, both of Milwaukee.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Mike Krisanek: *Brennan, Lucas & McDonough* of Milwaukee.

*By the Court.*—Judgment affirmed.